## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RYAN MERHOLZ and MELVYN KLEIN, Derivatively on Behalf of WORLD WRESTLING ENTERTAINMENT, INC., | Case No.: 3:20-cv-00557-VAB |
| | Date: November 17, 2021 |
| Plaintiffs, | |
| v . | |
| VINCENT K. MCMAHON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK, III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON, | |
| Defendants, | |
| -and- | |
| WORLD WRESTLING ENTERTAINMENT, INC., | |
| Nominal Defendant. | |
| DANIEL KOOI, Derivatively on Behalf of WORLD WRESTLING ENTERTAINMENT, INC., | Case No.: 3:20-cv-00743-VAB |
| Plaintiff, | |
| v . | |
| VINCENT K. MCMAHON, FRANK A. RIDDICK, III, JEFFREY R. SPEED, PATRICIA A. GOTTESMAN, STUART U. GOLDFARB, LAUREEN ONG, PAUL LEVESQUE, ROBYN W. PETERSON, STEPHANIE MCMAHON, MAN JIT SINGH, ALAN M. WEXLER, GEORGE A. | |

[Caption Continued on Next Page]

BARRIOS, and MICHELLE D. WILSON,

Defendants,

-and-

WORLD WRESTLING ENTERTAINMENT,
INC.,

Nominal Defendant.

| | |
|---|---|
| RODNEY NORDSTROM, Derivatively on Behalf of WORLD WRESTLING ENTERTAINMENT, INC., | Case No. 3:20-cv-00904-VAB |

Plaintiff,

v.

VINCENT K. MCMAHON, GEORGE A.
BARRIOS, MICHELLE D. WILSON,
STEPHANIE MCMAHON, PAUL LEVESQUE,
FRANK A. RIDDICK III, STUART U. GOLDFARB,
LAUREEN ONG, ROBYN W. PETERSON, MAN
JIT SINGH, JEFFREY R. SPEED, ALAN M.
WEXLER, and PATRICIA A. GOTTESMAN,

Defendants,

-and-

WORLD WRESTLING ENTERTAINMENT,
INC.,

Nominal Defendant.

[Caption Continued on Next Page]

| | |
|---|---|
| RYAN B. MERHOLZ and NICHOLAS JIMENEZ, derivatively on behalf of WORLD WRESTLING ENTERTAINMENT, INC., | Case No. 3:21-cv-00789-VAB |
| Plaintiffs, | |
| v. | |
| VINCENT K. MCMAHON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK, III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON, | |
| Defendants, | |
| -and- | |
| WORLD WRESTLING ENTERTAINMENT, INC., | |
| Nominal Defendant. | |
| JESSE REZENDES, Derivatively on Behalf of WORLD WRESTLING ENTERTAINMENT, INC., | Case No. 3:21-CV-00793-VAB |
| Plaintiff, | |
| v. | |
| VINCENT K. MCMAHON, GEORGE A. BARRIOS, and MICHELLE D. WILSON, | |
| Defendants, | |
| -and- | |
| WORLD WRESTLING ENTERTAINMENT, INC., | |
| Nominal Defendant | |

[Caption Continued on Next Page]

|  |  |
|---|---|
| CITY OF PONTIAC POLICE AND FIRE RETIREMENT SYSTEM, derivatively on behalf of WORLD WRESTLING ENTERTAINMENT, INC., | Case No. 3:21-cv-00930-VAB |
| Plaintiff, | |
| v. | |
| VINCENT K. MCMAHON, GEORGE A. BARRIOS, and MICHELLE D. WILSON, | |
| Defendants, | |
| -and- | |
| WORLD WRESTLING ENTERTAINMENT, INC., | |
| Nominal Defendant. | |

**PLAINTIFFS' NOTICE OF MOTION AND
MOTION FOR FINAL APPROVAL OF SETTLEMENT**

PLEASE TAKE NOTICE that on December 22, 2021, at 11:00 a.m., or as soon as thereafter as counsel may be heard, proposed intervenor Dennis Palkon, by and through his undersigned counsel, in coordination with plaintiffs Ryan Merholz, Melvyn Klein and/or his personal representative or Estate, Nicholas Jimenez, Rodney Nordstrom, Daniel Kooi, City of Pontiac Police and Fire Retirement System, Jesse Rezendes, and the Delaware plaintiffs Amer Dastgir, Bernard Leavy, and Robert Lowinger, hereby moves this Court, the Honorable Victor A. Bolden, United States District Judge of the United States District Court for the District of Connecticut, United States Courthouse, Courtroom 2, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604, for entry of the [Proposed] Order and Final Judgment Approving Settlement of Derivative Actions, and for such other and further relief as the Court deems appropriate (the "Motion").

The Motion is based on this notice of motion, the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Settlement, the Declaration of Brian J. Robbins, the Court's record on this matter, and other evidence and argument that may be presented prior to the Court's decision on the Motion.

Dated: November 17, 2021

ROBBINS LLP

/s/ *Brian J. Robbins*

Brian J. Robbins (CT 417036)
Gregory E. Del Gaizo
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
 gdelgaizo@robbinsllp.com

MOTLEY RICE LLC
William H. Narwold (CT 00133)
One Corporate Center
Hartford, CT 06103

Telephone: (860) 882-1681
Facsimile: (860) 882-1682
E-mail: bnarwold@motleyrice.com

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
Mark Lebovitch
Daniel Meyer
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1519
Facsimile: (212) 554-1444
E-mail: markl@blbglaw.com
          daniel.meyer@blbglaw.com

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Dr., Ste. 300
Berwyn, PA 19312
Telephone (484) 324-6800
Facsimile: (484) 631-1305
E-mail: rmaniskas@rmclasslaw.com

*Counsel for Proposed Intervenor Dennis
Palkon*

**GAINEY McKENNA & EGLESTON**
Gregory M. Egleston (CT 19709)
Thomas J. McKenna
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
E-mail: gegleston@gme-law.com
          tjmckenna@gme-law.com

*Counsel for plaintiffs Ryan Merholz, Melvyn
Klein, Nicholas Jimenez, Rodney Nordstrom,
and City of Pontiac Police and Fire Retirement
System*

**ROBBINS GELLER RUDMAN & DOWD
LLP**
Travis E. Downs III
Benny C. Goodman III
Erik W. Luedeke

655 West Broadway,
Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
Facsimile: 619/231-7423
E-mail: travisd@rgrdlaw.com
      bennyg@rgrdlaw.com
      eluedeke@rgrdlaw.com

*Additional Counsel for plaintiff City of Pontiac*
*Police and Fire Retirement System*

**AETON LAW PARTNERS LLP**
Jonathan M. Shapiro ct24075
101 Centerpoint Road, Suite 105
Middletown, CT 06475
Telephone: (860) 724-2160
Facsimile: (860) 724-2161
JURIS # 433168
E-mail: jms@aetonlaw.com

**THE WEISER LAW FIRM, P.C.**
Robert B. Weiser
James M. Ficaro
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: (610) 225-2677
E-mail: rw@weiserlawfirm.com
      jmf@weiserlawfirm.com

*Counsel for plaintiff Daniel Kooi*

**MOORE KUEHN, PLLC**
Fletcher W. Moore
Justin A. Kuehn (*pro hac vice*)
30 Wall Street, 8th Floor
New York, NY 10005
Telephone:(212) 709-8245
E-mail: fmoore@moorekuehn.com

*Counsel for plaintiff Rodney Nordstrom*

**LEVI & KORSINSKY, LLP**
Gregory M. Potrepka (CT30056)
1111 Summer Street
Stamford, CT 06905

Telephone: (203) 992-4523
Facsimile: (212) 363-7171
E-mail: gpotrepka@zlk.com

**LEVI & KORSINSKY, LLP**
Gregory M. Nespole
Daniel Tepper
Ryan Messina
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
E-mail: gnespole@zlk.com
   dtepper@zlk.com
   rmessina@zlk.com

*Counsel for plaintiff Jesse Rezendes*

**DELEEUW LAW LLC**
P. Bradford deLeeuw
1301 Walnut Green Road
Wilmington, DE 19807
Telephone: (302) 274-2180
E-mail: brad@deleeuwlaw.com

*Counsel for joinder, in part, Bernard Leavy*

**SCHUBERT JONCKHEER**
 **& KOLBE LLP**
Robert C. Schubert
Dustin L. Schubert
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220

*Of Counsel for joinder, in part, Bernard Leavy*

**RIGRODSKY LAW, P.A.**
Seth D. Rigrodsky
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310

*Counsel for joinder, in part, Amer Dastgir*

**ABRAHAM, FRUCHTER & TWERSKY LLP**
Jeffrey S. Abraham

- 4 -

Michael J. Klein
450 Seventh Avenue, 38th Floor
New York, NY 10123
Telephone: (212) 279-5050
E-mail: JAbraham@aftlaw.com
        MKlein@aftlaw.com

*Counsel for joinder, in part, Robert Lowinger*

1550346

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 17, 2021, a copy of foregoing Plaintiffs' Notice of

Motion and Motion for Final Approval of Settlement was filed electronically and served by mail

on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties

by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic

filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the

Court's CM/ECF System.

**ROBBINS LLP**

/s/ *Brian J. Robbins*
Brian J. Robbins (CT 417036)
040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com