# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RYAN MERHOLZ and MELVYN KLEIN, Derivatively on Behalf of WORLD WRESTLING ENTERTAINMENT, INC., | Case No.: 3:20-cv-00557-VAB |
| Plaintiffs, | |
| v. | |
| VINCENT K. MCMAHON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK, III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON, | |
| Defendants, | |
| -and- | |
| WORLD WRESTLING ENTERTAINMENT, INC., | |
| Nominal Defendant. | |
| DANIEL KOOI, Derivatively on Behalf of WORLD WRESTLING ENTERTAINMENT, INC., | Case No.: 3:20-cv-00743-VAB |
| Plaintiff, | |
| v. | |
| VINCENT K. MCMAHON, FRANK A. RIDDICK, III, JEFFREY R. SPEED, PATRICIA A. GOTTESMAN, STUART U. GOLDFARB, LAUREEN ONG, PAUL LEVESQUE, ROBYN W. PETERSON, STEPHANIE MCMAHON, MAN JIT SINGH, ALAN M. WEXLER, GEORGE A. | |

[Caption Continued on Next Page]

BARRIOS, and MICHELLE D. WILSON,

                          Defendants,

       -and-

WORLD WRESTLING ENTERTAINMENT,
INC.,

                          Nominal Defendant.

---

RODNEY NORDSTROM, Derivatively on Behalf of   Case No. 3:20-cv-00904-VAB
WORLD WRESTLING ENTERTAINMENT,
INC.,

                          Plaintiff,

       v.

VINCENT K. MCMAHON, GEORGE A.
BARRIOS, MICHELLE D. WILSON,
STEPHANIE MCMAHON, PAUL LEVESQUE,
FRANK A. RIDDICK III, STUART U. GOLDFARB,
LAUREEN ONG, ROBYN W. PETERSON, MAN
JIT SINGH, JEFFREY R. SPEED, ALAN M.
WEXLER, and PATRICIA A. GOTTESMAN,

                          Defendants,

       -and-

WORLD WRESTLING ENTERTAINMENT,
INC.,

                          Nominal Defendant.

[Caption Continued on Next Page]

| | |
|---|---|
| RYAN B. MERHOLZ and NICHOLAS JIMENEZ, Derivatively On behalf Of WORLD WRESTLING ENTERTAINMENT, INC., | Case No. 3:21-cv-00789-VAB |
| Plaintiffs, | |
| v. | |
| VINCENT K. MCMAHON, STEPHANIE MCMAHON, PAUL LEVESQUE, FRANK A. RIDDICK, III, STUART U. GOLDFARB, LAUREEN ONG, ROBYN W. PETERSON, MAN JIT SINGH, JEFFREY R. SPEED, ALAN M. WEXLER, GEORGE A. BARRIOS, and MICHELLE D. WILSON, | |
| Defendants, | |
| -and- | |
| WORLD WRESTLING ENTERTAINMENT, INC., | |
| Nominal Defendant. | |
| JESSE REZENDES, Derivatively on Behalf of WORLD WRESTLING ENTERTAINMENT, INC., | Case No. 3:21-cv-00793-VAB |
| Plaintiff, | |
| v. | |
| VINCENT K. MCMAHON, GEORGE A. BARRIOS, and MICHELLE D. WILSON, | |
| Defendants, | |
| -and- | |
| WORLD WRESTLING ENTERTAINMENT, INC., | |
| Nominal Defendant | |

[Caption Continued on Next Page]

CITY OF PONTIAC POLICE AND FIRE
RETIREMENT SYSTEM, derivatively on behalf of
WORLD WRESTLING ENTERTAINMENT, INC.,

Case No. 3:21-cv-00930-VAB

Plaintiff,

v.

VINCENT K. MCMAHON, GEORGE A. BARRIOS,
and MICHELLE D. WILSON,

Defendants,

-and-

WORLD WRESTLING ENTERTAINMENT, INC.,

Nominal Defendant.

**DECLARATION OF MATTHEW D. STACHEL REGARDING DISSEMINATION OF
NOTICE AND SUMMARY NOTICE OF PROPOSED SETTLEMENT**

Matthew D. Stachel, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am an associate with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison, LLP,  attorneys for nominal defendant, World Wrestling Entertainment, Inc. ("WWE") and defendants in the above-captioned actions.

2.      On October 20, 2021, this Court entered an Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement (the "October 20 Order"), pursuant to which the Court preliminarily approved the proposed settlement (the "Settlement") in the above-captioned actions as set forth in the Stipulation and Agreement of Settlement dated as of September 17, 2021 and the exhibits thereto (together, the "Stipulation").

3.      Pursuant to the October 20 Order, the Court set a hearing (the "Settlement Hearing") for December 22, 2021 at 11:00 a.m. via Zoom to consider, among other things,

whether to enter an Order and Final Judgment dismissing the above-captioned actions with prejudice pursuant to the Stipulation.  (*See* October 20 Order ¶ 2.)

4.     Within ten (10) business days of the October 20 Order, the Court directed WWE to (i) cause the Stipulation and Notice, substantially in the form attached as Exhibit C to the Stipulation, to be filed with the United States Securities and Exchange Commission as exhibits to a Form 8-K; (ii) post the Stipulation and Notice on the "Investor Relations" section of WWE's website through the Effective Date of the Settlement; and (iii) cause the Summary Notice, substantially in the form attached as Exhibit D to the Stipulation, to be published once as a WWE corporate press release.  (*See* October 20 Order ¶ 3.)

5.     On October 29, 2021, WWE caused the Stipulation and Notice to be filed with the SEC as exhibits to a Form 8-K that announced the Court had scheduled the Settlement Hearing to consider final approval of the Settlement.  True and correct copies of that Form 8-K and its exhibits are attached hereto as Exhibit A.

6.     On October 29, 2021, WWE also caused the Stipulation and Notice to be posted on the investor relations section of WWE's website under the title "Proposed Derivative Settlement Documents" at the URL https://corporate.wwe.com/investors/corporate-governance/proposed-derivative-settlement-papers.  Both the Stipulation and the Notice have remained available on the investor relations section of WWE's website since they were first published, and will remain available through the Effective Date of the Settlement.  A true and correct copy of this webpage is attached hereto as Exhibit B.

7.     On October 29, 2021, WWE further caused the Summary Notice to be published once as a WWE corporate press release.  A true and correct copy of the Summary Notice as

published is attached hereto as Exhibit C.  The Summary Notice was also provided as an exhibit to the Form 8-K.

      8.     On December 6, 2021, the Court provided instructions for the parties and the public to attend the Settlement Hearing via Zoom.  WWE posted those instructions to the investor relations section of WWE's website under the title "Proposed Derivative Settlement Documents" at the URL https://corporate.wwe.com/investors/corporate-governance/proposed-derivative-settlement-papers.  A true and correct copy of the notice containing the Court's instructions is attached hereto as Exhibit D.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed:  Wilmington, Delaware
           December 15, 2021

Matthew D. Stachel

3